DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES VIERA,**
Appellant,

v.

**NOVATION VENTURES, LLC,** a Florida Limited Liability Company,
**BRYANN CABRAL,** and **JOHN MARSANO,**
Appellees.

No. 4D20-1943

[August 18, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502017CA006191XXXXMB.

W. Aaron Daniel, Elliot B. Kula, and William D. Mueller of Kula & Associates, P.A., Miami, and Griffin Klema of Klema Law, P.L., Tampa, for appellant.

Robert A. Sweetapple of Sweetapple, Broeker & Varkas, PL, Boca Raton, for appellee Novation Ventures, LLC.

KUNTZ, J.

James Viera appeals the circuit court's order denying his motion for attorney's fees and costs after an involuntary dismissal. We affirm the denial of his motion for attorney's fees without discussion. But we reverse the court's order denying costs.

After Novation Ventures, LLC's complaint was dismissed for failure to prosecute, Viera timely filed a motion for costs based on Florida Rule of Civil Procedure 1.420(d). That rule is clear and states: "Costs in any action dismissed under this rule shall be assessed and judgment for costs entered in that action, once the action is concluded as to the party seeking taxation of costs."

Based on Rule 1.420(d)'s plain language, the court erred when it denied Viera's motion to tax costs. We reverse the court's denial of the motion to tax costs and remand for further proceedings.

*Reversed and remanded.*

DAMOORGIAN, J., and FAHNESTOCK, FABIENNE E., Associate Judge, concur.

\*        \*        \*

**Not final until disposition of timely filed motion for rehearing.**